# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NIKCI BOYD, *et al*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SIEGEL GROUP COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-00357 -APG-CWH<br><br>**ORDER APPROVING FINDINGS AND RECOMMENDATION** |

　　　On April 10, 2013, Magistrate Judge Carl W. Hoffman entered his Findings and Recommendation [Dkt #5].  Judge Hoffman recommended Plaintiffs' Application to Proceed *in Forma Pauperis* be denied with prejudice for failure to file a completed Application by April 4, 2013.  Judge Hoffman further recommended this action be dismissed for failure to pay the filing fee.

　　　Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's Findings and Recommendations must be filed within 14 days from the date of service.  No objection has been filed with regard to the Magistrate Judge's April 10, 2013 Findings and Recommendation.  Moreover, as explained in that Findings and Recommendation, good cause exists to dismiss this action.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* is hereby DENIED with Prejudice.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that this action is hereby DISMISSED.

The Clerk of the Court shall enter judgment accordingly.

Dated:  May 15, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE